AO 108 (Rev. 06/09)  Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>3.8873508 ETHER (ETH) STORED IN OR ACCESSIBLE AT COINBASE ASSOCIATED WITH THE LAW ENFORCEMENT SEIZURE WALLET OWNED AND OPERATED BY THE HAMPTON, NH POLICE DEPARTMENT | )<br>)<br>) Case No.  1:25-mj- 206-01-AJ<br>)<br>) |

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of   New Hampshire   is subject to forfeiture to the United States of America under   18   U.S.C. § 981(a)(1)(A),   *(describe the property)*:

981(a)(1)(C) and 982(a)(1), for violations of 18 U.S.C. § 1956 and/or 18 U.S.C. § 1957:  Virtual currency up to the sum of 3.8873508 Ether, stored in or accessible at Coinbase associated with the law enforcement seizure wallet owned and operated by the Hampton, NH Police Department. The U.S. has made the requisite showings under 21 U.S.C. § 853(f) that there is probable cause to believe that the property to be seized would be subject to forfeiture, and that an order under 21 U.S.C. § 853(e) may not be sufficient to assure the availability of the property for forfeiture.

The application is based on these facts:
See attached Affidavit of Special Agent Virginia Toulouse of the Federal Bureau of Investigation.
Seizure authority is predicated upon  18 U.S.C. §§ 981(b), 982(b)(1) and 21 U.S.C. § 853(f).

☑ Continued on the attached sheet.

/s/ Virginia Toulouse
*Applicant's signature*

Special Agent Virginia Toulouse, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  **Sep 22, 2025**

*Judge's signature*

City and state:   Concord, New Hampshire                Hon. Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*